# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN DOE,

    Plaintiff,

v.                                              Case No: 8:15-cv-682-T-30EAJ

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES, WINSTON G.
JONES and JANE DOE,

    Defendants.

_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that Plaintiff has failed to file an Amended Complaint pursuant to the Order (Dkt. #11) entered on May 29, 2015.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The remaining claims in Plaintiff's Complaint are dismissed without prejudice per the Order at Dkt. #11.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of June, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2015\15-cv-682 dismissal.docx